# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | LILLIE Y RAPINE |
| **Case Number:** | 17-20819-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 05, 2017  11:30 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
10/11/17 11:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#18 - Final Confirmation of Plan Dated 3/19/2017 (NFC)
R / M #:  18 / 0

### *Appearances:*

Debtor: Willis
Trustee: Winnecour / **Bedford** / Pail / Katz
Creditor: Warmbrodt - PNC Bank

### *Proceedings:*

D will file a motion seeking late entry into LMP

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to **2-8-18** at **9:00** .
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

9/29/2017  10:23:53 AM