UNITED STATES BANKRUPTCY COURT
IN THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| Lillie Y Rapine | : | Case No.: 17-20819-JAD |
| Debtor | : | Chapter 13 |
| Lillie Y Rapine | : | |
| | : | Document No. 34 |
| Movants | : | |
| | : | Hearing Date & Time |
| PNC Bank, National Association. | : | Wednesday, March 7, 2018 10:30 am |
| Respondents | : | |
| Ronda J. Winnecour, Trustee | : | |
| Additional Respondent | : | |

NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING MOTION
FOR LATE ENTRY INTO LOSS MITIGATION

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the motion no later than **Monday, February 5, 2018**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A hearing will be held on **Wednesday, March 7, 2018 10:30 a.m..** before Chief Judge Jeffery A. Deller in Court Room D, 54th floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of service: January 19, 2018

Attorney for Movant/Applicant:
/s/ Lawrence W Willis Esq
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.825.5170
Fax: 412.823.2375
Email: lawrencew@urfreshstrt.com
Attorney for Debtors