**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: Lillie Y. Rapine,** | : | Chapter 13 |
| | : | |
| **Debtor** | : | Bankruptcy No. 17-20819-JAD |
| _____ | : | |
| **Lillie Y. Rapine,** | : | |
| | : | Related to Docket No. 34 |
| **Movant** | : | |
| | : | Hearing Date and Time: |
| **vs.** | : | March 7, 2018 at 10:300 am |
| | : | |
| **PNC Bank, National Association,** | : | |
| | : | |
| **Respondent** | : | |
| | : | |
| **And** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Additional Respondent** | : | |

**CERTIFICATION OF NO OBJECTION REGARDING THE MOTION FOR LATE ENTRY INTO LOSS MITIGATION FILED AT DOCKET NO. 34**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Late Entry Into Loss Mitigation filed on January 19, 2018, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than February 5, 2018.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: <u>February 6, 2018</u>    By: <u>/s/ Lawrence Willis Esquire</u>
　　　　　　　　　　　　　　　　　Lawrence W Willis, Esquire
　　　　　　　　　　　　　　　　　PA I.D. # 85299
　　　　　　　　　　　　　　　　　Willis & Associates
　　　　　　　　　　　　　　　　　201 Penn Center Blvd
　　　　　　　　　　　　　　　　　Pittsburgh, PA 15235
　　　　　　　　　　　　　　　　　Tel: 412.825.5170
　　　　　　　　　　　　　　　　　Fax: 412.823.2375
　　　　　　　　　　　　　　　　　lawrencew@urfreshstrt.com
　　　　　　　　　　　　　　　　　Attorney for Debtors