**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-20819-JAD |
| | : | |
| Lillie Y. Rapine, | : | Chapter 13 |
| | : | |
| Debtor | : | Related to Doc. No. 38 |
| | : | |
| Lillie Y. Rapine, | : | |
| Movant | : | |
| | : | |
| PNC Bank National Association, | : | |
| Respondent | : | |
| | : | |
| Ronda J. Winnecour, Trustee, | : | |
| Additional Respondent | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I served the *Order Dated February 16, 2018* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):


Dated February 17, 2018          Executed by:   /s/ Lawrence W. Willis
                                               Lawrence W. Willis, Esquire
                                               Willis & Associates
                                               201 Penn Center Blvd
                                               Pittsburgh, PA 15235
                                               Tel: 412.825.5170
                                               Fax: 412.823.2375

MATRIX

Lillie Rapine
1043 Old Gate Road
Pittsburgh, PA 15235

Ronda J. Winnecour, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

PNC Bank, National Association
3232 Newmark Drive
Attn: William S. Demchak
Miamisburg, OH 45342

James C. Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106