# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | |
|---|---|
| **Debtor:** | LILLIE Y RAPINE |
| **Case Number:** | 17-20819-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JUNE 14, 2018 09:00 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
6/20/18 8:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#18 - Continued Confirmation of Plan Dated 3/19/2017 (NFC)
R / M #: 18 / 0

### Appearances:

Debtor: Willis
Trustee: Winnecour / (Pail) / Katz / DeSimone

Creditor:

### Proceedings:

Outcome:

Warmbrodt – PNC Bank

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is incr. _____ ended to _____ effective _____.
7. __X__ Plan/Motion continued to 11/15/18 at 11:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

6/7/2018    2:58:02PM