Form 410

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Lillie Y Rapine**
  Debtor(s)

Bankruptcy Case No.: 17–20819–JAD
Doc. #45
Chapter: 13
Docket No.: 46 – 45
Concil. Conf.: October 17, 2019 at 09:00 AM

## ORDER

  **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

  **IT IS HEREBY ORDERED** that, on or before **September 23, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

  1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

  2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

  **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

  On or before **October 7, 2019,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

  On **October 17, 2019** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

  If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

  This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: August 8, 2019

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                            Case No. 17-20819-JAD
Lillie Y Rapine                                                   Chapter 13
         Debtor                       CERTIFICATE OF NOTICE
District/off: 0315-2           User: skoz                   Page 1 of 2                   Date Rcvd: Aug 08, 2019
                               Form ID: 410                 Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2019.
db             +Lillie Y Rapine,    1043 Old Gate Rd,    Pittsburgh, PA 15235-2742
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14423208        Credit First NA,    PO Box 818011,   Cleveland, OH 44181-8011
14375153       +Firestone,   PO Box 81307,    Cleveland, OH 44181-0307
14375156       +National City,    PO Box 94982,   Cleveland, OH 44101-4982
14375157       +PNC Bank,   Po Box 1820,    Bowling Green, KY 42102
14664635       +PNC Bank, National Association,    3232 Newmark Drive,    Attn: Bankruptcy Department,
                 Miamisburg, OH 45342-5421
14375158       +Recovery Company,    PO Box 57547,   Jacksonville, FL 32241-7547
14375159       +Sears,   PO Box 6282,    Sioux Falls, SD 57117-6282
14375160        Sears/CBNA,    133200 Smith Rd,   Cleveland, OH 44130

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14388716       +E-mail/Text: bankruptcy@cavps.com Aug 09 2019 02:28:04      Cavalry,    500 Summitt Lake Drive,
                 Suite 400,    Valhalla, NY 10595-2322
14661720       +E-mail/Text: bankruptcy@cavps.com Aug 09 2019 02:28:04      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14375152       +E-mail/Text: mrdiscen@discover.com Aug 09 2019 02:27:16      DISCOVER FINANCIAL SVCS LLC,
                 PO BOX 15316,    Wilmington, DE 19850-5316
14390515        E-mail/Text: mrdiscen@discover.com Aug 09 2019 02:27:16      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
14664367       +E-mail/Text: kburkley@bernsteinlaw.com Aug 09 2019 02:28:16       Duquesne Light Company,
                 c/o Allison L. Carr,,    Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14375154       +E-mail/PDF: gecsedi@recoverycorp.com Aug 09 2019 02:25:12      GE/JC Penney,    PO Box 965007,
                 Orlando, FL 32896-5007
14375155       +E-mail/PDF: gecsedi@recoverycorp.com Aug 09 2019 02:25:11      GE/Walmart,    PO Box 965024,
                 Orlando, FL 32896-5024
14388723        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 09 2019 02:25:20
                 Portfolio Recovery,    POB 12914,   Norfolk, VA 23541
14638437        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 09 2019 02:25:21
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14376008       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 09 2019 02:25:20
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              PNC BANK, NATIONAL ASSOCIATION
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14388717*      +DISCOVER FINANCIAL SVCS LLC,    PO BOX 15316,   Wilmington, DE 19850-5316
14388718*      +Firestone,   PO Box 81307,    Cleveland, OH 44181-0307
14388719*      +GE/JC Penney,    PO Box 965007,   Orlando, FL 32896-5007
14388720*      +GE/Walmart,    PO Box 965024,   Orlando, FL 32896-5024
14388721*      +National City,    PO Box 94982,   Cleveland, OH 44101-4982
14388722*      +PNC Bank,   Po Box 1820,    Bowling Green, KY 42102
14388724*      +Recovery Company,    PO Box 57547,   Jacksonville, FL 32241-7547
14388725*      +Sears,   PO Box 6282,    Sioux Falls, SD 57117-6282
14388726*       Sears/CBNA,    133200 Smith Rd,   Cleveland, OH 44130
                                                                                      TOTALS: 2, * 10, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2019                                    Signature:   /s/Joseph Speetjens

```
District/off: 0315-2          User: skoz              Page 2 of 2              Date Rcvd: Aug 08, 2019
                              Form ID: 410            Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2019 at the address(es) listed below:
              James   Warmbrodt     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Lawrence W. Willis    on behalf of Debtor Lillie Y Rapine ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                 TOTAL: 6
```