**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Lillie Y Rapine** | : | Case No. 17−20819−JAD |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Related to Dkt. No. 45 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 10th of October, 2019,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

(1)   The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)   The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                           Case No. 17-20819-JAD
Lillie Y Rapine                                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 2           Date Rcvd: Oct 10, 2019
                              Form ID: 309            Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2019.
db            +Lillie Y Rapine,    1043 Old Gate Rd,    Pittsburgh, PA 15235-2742
cr            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
14375156      +National City,    PO Box 94982,    Cleveland, OH 44101-4982
14375157      +PNC Bank,    Po Box 1820,    Bowling Green, KY 42102
14664635      +PNC Bank, National Association,    3232 Newmark Drive,    Attn: Bankruptcy Department,
                Miamisburg, OH 45342-5421
14375158      +Recovery Company,    PO Box 57547,    Jacksonville, FL 32241-7547

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14388716      +E-mail/Text: bankruptcy@cavps.com Oct 11 2019 02:36:08      Cavalry,   500 Summitt Lake Drive,
                Suite 400,    Valhalla, NY 10595-2322
14661720      +E-mail/Text: bankruptcy@cavps.com Oct 11 2019 02:36:08      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14423208       EDI: CRFRSTNA.COM Oct 11 2019 06:13:00      Credit First NA,   PO Box 818011,
                Cleveland, OH 44181-8011
14375152      +EDI: DISCOVER.COM Oct 11 2019 06:13:00      DISCOVER FINANCIAL SVCS LLC,   PO BOX 15316,
                Wilmington, DE 19850-5316
14390515       EDI: DISCOVER.COM Oct 11 2019 06:13:00      Discover Bank,   Discover Products Inc,
                PO Box 3025,    New Albany, OH  43054-3025
14664367      +E-mail/Text: kburkley@bernsteinlaw.com Oct 11 2019 02:36:24      Duquesne Light Company,
                c/o Allison L. Carr,,    Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
                Pittsburgh, PA 15219-1945
14375153      +EDI: CRFRSTNA.COM Oct 11 2019 06:13:00      Firestone,   PO Box 81307,
                Cleveland, OH 44181-0307
14375154      +EDI: RMSC.COM Oct 11 2019 06:13:00      GE/JC Penney,   PO Box 965007,   Orlando, FL 32896-5007
14375155      +EDI: RMSC.COM Oct 11 2019 06:13:00      GE/Walmart,   PO Box 965024,   Orlando, FL 32896-5024
14388723       EDI: PRA.COM Oct 11 2019 06:13:00     Portfolio Recovery,   POB 12914,   Norfolk, VA 23541
14638437       EDI: PRA.COM Oct 11 2019 06:13:00     Portfolio Recovery Associates, LLC,   POB 12914,
                Norfolk VA 23541
14376008      +EDI: PRA.COM Oct 11 2019 06:13:00     PRA Receivables Management, LLC,   PO Box 41021,
                Norfolk, VA 23541-1021
14375159      +EDI: SEARS.COM Oct 11 2019 06:13:00      Sears,   PO Box 6282,   Sioux Falls, SD 57117-6282
14375160       EDI: SEARS.COM Oct 11 2019 06:13:00      Sears/CBNA,   133200 Smith Rd,   Cleveland, OH 44130
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              PNC BANK, NATIONAL ASSOCIATION
cr*           +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14388717*     +DISCOVER FINANCIAL SVCS LLC,    PO BOX 15316,   Wilmington, DE 19850-5316
14388718*     +Firestone,   PO Box 81307,    Cleveland, OH 44181-0307
14388719*     +GE/JC Penney,   PO Box 965007,    Orlando, FL 32896-5007
14388720*     +GE/Walmart,   PO Box 965024,    Orlando, FL 32896-5024
14388721*     +National City,   PO Box 94982,    Cleveland, OH 44101-4982
14388722*     +PNC Bank,   Po Box 1820,    Bowling Green, KY 42102
14388724*     +Recovery Company,   PO Box 57547,    Jacksonville, FL 32241-7547
14388725*     +Sears,   PO Box 6282,   Sioux Falls, SD 57117-6282
14388726*      Sears/CBNA,   133200 Smith Rd,    Cleveland, OH 44130
                                                                                TOTALS: 2, * 10, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2019                                       Signature:   /s/Joseph Speetjens

```
District/off: 0315-2          User: jhel              Page 2 of 2              Date Rcvd: Oct 10, 2019
                              Form ID: 309            Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2019 at the address(es) listed below:
              James Warmbrodt     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Lawrence W. Willis    on behalf of Debtor Lillie Y Rapine ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6
```