**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

LILLIE Y RAPINE

      Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Respondents.

Case No.:17-20819 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 03/03/2017 and confirmed on 05/01/2017. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 31,408.95 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 31,408.95 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 1,366.93 | |
|   Trustee Fee | 1,341.04 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,707.97 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 10,477.25 | 0.00 | 10,477.25 |
|     Acct: 7308 | | | | |
|   PNC BANK NA | 0.00 | 18,223.73 | 0.00 | 18,223.73 |
|     Acct: 7308 | | | | |
|   PNC BANK NA | 34,227.66 | 0.00 | 0.00 | 0.00 |
|     Acct: 7308 | | | | |
| | | | | 28,700.98 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LILLIE Y RAPINE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 2,500.00 | 1,366.93 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 1,000.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 17-20819 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type  Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | | * * * N O N E * * * | | | |
| Unsecured | | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 9,478.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2846 | | | | |
| | DISCOVER BANK(*) | 1,502.11 | 0.00 | 0.00 | 0.00 |
| | Acct: 5555 | | | | |
| | CREDIT FIRST NA* | 633.49 | 0.00 | 0.00 | 0.00 |
| | Acct: 2357 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 229.04 | 0.00 | 0.00 | 0.00 |
| | Acct: 4709 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 2,536.63 | 0.00 | 0.00 | 0.00 |
| | Acct: 2189 | | | | |
| | PNC BANK FORMERLY NATIONAL CITY BA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DUQUESNE LIGHT COMPANY* | 591.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2357 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXPRAE | | | | |
| | BERNSTEIN-BURKLEY PC (FORMERLY FO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

* * * N O N E * * *

| TOTAL PAID TO CREDITORS | | 28,700.98 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 34,227.66 | |
| UNSECURED | 14,970.27 | |

Date: 11/07/2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com